**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**CARLOS WILLIAMS**                                                              **PLAINTIFF**

**V.**                                       **4:08CV00077 JMM**

**HARTFORD LIFE AND ACCIDENT**
**INSURANCE COMPANY and GROUP**
**LONG TERM DISABILITY PLAN FOR**
**EMPLOYEES OF UNITED AGRI PRODUCTS**                          **DEFENDANTS**

**JUDGMENT**

Pursuant to the Order entered on May 5, 2008, Judgment is hereby entered in favor of the

Defendants.  The Complaint is dismissed with prejudice.  The Clerk is directed to close the case.

IT IS SO ORDERED this 5th day of May 2008.

_____
James M. Moody
United States District Judge